OPINION — AG — ** TEACHERS — WORKERS' COMPENSATION BENEFITS — DUAL COMPENSATION ** WHILE A SCHOOL DISTRICT IS AUTHORIZED, UNDER 70 O.S. 6-104 [70-6-104], TO CHARGE AGAINST A TEACHER'S SICK LEAVE BENEFITS THOSE WORKERS' COMPENSATION BENEFITS RECEIVED BY THE TEACHER FOR LOSS OF COMPENSABLE TIME, THE PORTION OF ANY SUCH BENEFITS ATTRIBUTABLE TO SUCH LOSS OF TIME IS A QUESTION OF FACT WHICH MUST BE DETERMINED ON A CASE BY CASE BASIS, UNDER THE PROVISIONS OF 85 O.S. 21 [85-21], 85 O.S. 22 [85-22] (SICK LEAVE, TEACHERS, SCHOOLS, INSURANCE, COVERAGE, MEDICAL PROCEEDS) CITE: 25 O.S. 1 [25-1], 36 O.S. 102 [36-102] 70 O.S. 6-104 [70-6-104], 85 O.S. 2B [85-2B], 85 O.S. 2 [85-2] [85-2](B), 85 O.S. 21 [85-21], 85 O.S. 22 [85-22] (SUSAN BRIMER AGOSTA)